JENNY F. PLIMPTON, PLAINTIFF, v. LOUIS FRIEDBERG ET AL., DEFENDANTS.

Argued January 15, 1935—Decided April 11, 1935.

Before Justices LLOYD, CASE and DONGES.

For the plaintiff, *Clarence L. Cole*.

For the defendants, *William Charlton*.

PER CURIAM.

There have been two trials of this action. The first trial resulted in a judgment for the defendant which was reversed by the Court of Errors and Appeals. *Plimpton* v. *Friedberg*, 110 *N. J. L.* 427; 166 *Atl. Rep.* 295. Motion is now made for a writ of *capias ad satisfaciendum*. We have before us the record as it went to the Court of Errors and Appeals, but we have no record or transcript of what transpired subsequent thereto. There is nothing before us upon which the writ may issue.

The motion is therefore denied, with costs.